UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



RICHARD SMITH, ET AL

VERSUS

NEW LEAF ASSOCIATES, L.L.C.

CIVIL ACTION

NO. 05-919-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated July 1, 2009. Plaintiffs have filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion for Summary Judgment (rec. doc. 81) is granted, and plaintiffs' claims against Quantum Business Consultants, L.L.C. are dismissed, with prejudice.

Baton Rouge, Louisiana, August  //  , 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA