UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RICHARD SMITH, ET AL

VERSUS

NEW LEAF ASSOCIATES, LLC

CIVIL ACTION

NO. 05-919-RET

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated March 9, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiffs' Motion for Partial Summary Judgment (rec.doc. 98) is dismissed without prejudice.

Baton Rouge, Louisiana, August 23, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA